UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MONTALVO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALBECO, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-07369-SK<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order denying Plaintiff's motion to remand and granting Defendant's motion to compel compliance with the grievance procedure in the collective bargaining agreement and dismiss this case, judgment is hereby entered in favor of Defendant and against Plaintiff.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 5, 2025

_____
SALLIE KIM
United States Magistrate Judge